UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH, et al.,

           Plaintiff,                            Case No. 1:05-cv-841

v.

                                              Hon. Richard Alan Enslen

LEGAL MEDIATION PRACTICE, INC., et al.

           Defendants.

                                        /

## ORDER OF DISMISSAL

An Order giving notice of intent to dismiss for failure to provide documents

effectuating settlement having been sent to counsel on February 21, 2006 and no response

having been received from either party;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice.

Dated in Kalamazoo, MI:                       /s/Richard Alan Enslen
March 10, 2006                             Richard Alan Enslen
                                          Senior United States District Judge